William Birns (a Corporation), Appellant, v. John A. Hoagland, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that this is not a referable case, and in addition because the answer of the defendant presented no issue as to delivery, reasonable value or agreed price, under section 255-a of the Civil Practice Act.* Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

William Fandel, Respondent, v. Lanigan Bros., Inc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Dorothy Stepp, Appellant, v. Granville M. Breinig, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Charlotte V. Quinby, Respondent, v. Florence Cole Quinby, as Executrix etc., of Henry C. Quinby, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Michael Bruno, an Infant, etc., v. Riley Hogan & Co., Inc. Ryland Bruno v. Riley Hogan & Co., Inc.— Motion to dismiss appeal denied on condition that appellants procure the appeal to be promptly prosecuted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Isaac Meyers v. The Anwal Realty Corporation.— Motion to dismiss appeal denied with leave to renew, if the appeal be not promptly perfected. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Samuel Cuperman, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before February 15, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Adele Hirsch v. Flora Cahan.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of Minnie Shenk, Individually and as One of the Executors and Trustees, etc., of Joseph Shenk, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The Bearings Company of Pennsylvania v. Gill Manufacturing Company and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before January 25, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

John Anisfield v. Samuel Hahn.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Mistletoe Steamboat Co., Inc., v. James D. Gully and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

* Added by Laws of 1923, chap. 196.— [Rep.